# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 7, 2018

## NO. 03-17-00740-CV

**Dr. Paul Richter, Appellant**

**v.**

**Steven K. Downey, Appellee**

### APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES PURYEAR, BOURLAND, AND TOTH
### AFFIRMED—OPINION BY JUSTICE TOTH

This is an appeal from the order on defendant's objections to plaintiff's first amended expert report and motion to dismiss signed by the district court on October 17, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.